## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

TYSON TUCKER

                            Plaintiff,

v.

                            Case No.:
                            3:23−cv−20623−RK−JTQ

                            Judge Robert Kirsch

PALMER ADMINISTRATIVE
SERVICES INC., et al.

                            Defendant.


### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 14th day of June, 2024,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.


      /s/ Robert Kirsch
      _____
      ROBERT KIRSCH United States District Judge